AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Doe A et al. *Plaintiff* v. Spahn *Defendant* | ) ) ) Case No. 1:23-cv-02859 ) ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                       .

Date:     09/28/2023

/s/
*Attorney's signature*

Ira A. Burnim  DC Bar # 406154
*Printed name and bar number*

Judge Bazelon Center for MH Law
1090 Vermont Ave., Suite 220
Washington, DC 20005
*Address*

irab@bazelon.org
*E-mail address*

(202) 467-5730
*Telephone number*

(202) 223-0409
*FAX number*