UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE A, JOHN DOE B, JOHN DOE C, JANE DOE A, JANE DOE B, JANE DOE C, JANE DOE D, and JANE DOE E<br><br>Plaintiffs,<br><br>vs.<br><br>CAROL SPAHN, in her official capacity as Administrator of the Peace Corps,<br><br>Defendant. | Civil Action No. 1:23-cv-02859 (SJN) |

## NOTICE OF FILING FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Pursuant to Federal Rule of Civil Procedure 15(a)(1), LCvR 7(i), and the Court's Order of April 1, 2024, Plaintiffs hereby submit their First Amended Complaint for Declaratory and Injunctive Relief. Along with this Notice and attached First Amended Complaint, Plaintiffs have filed an Unopposed Motion for Leave to File Documents Under Seal and to Allow Plaintiffs to Proceed Anonymously. The First Amended Complaint is attached to this Notice as Exhibit A, and a redline showing changes from the initial Complaint is attached as Exhibit B.

By:   /s/ *Bryan Schwartz*                             DATED:  May 3, 2024

BRYAN SCHWARTZ LAW, P.C.
Bryan Schwartz (DC Bar No. 482960)
180 Grand Avenue, Suite 1380
Oakland, California 94612
Tel. (510) 444-9300
Fax (510) 444-9301

Email: bryan@bryanschwartzlaw.com


BAZELON CENTER FOR MENTAL HEALTH LAW
Megan E. Schuller (DC Bar No. 90023318)
Ira Burnim (DC Bar No. 406154)
Anashua Dutta (DC Bar No. 90007329)
1090 Vermont Avenue NW, Suite 220
Washington, DC 20005
Tel: (202) 467-5730
Email: megans@bazelon.org
       irab@bazelon.org
       anashuad@bazelon.org


BAKER & HOSTETLER LLP
Elizabeth B. McCallum (DC Bar No. 541361)
Orga Cadet (DC Bar No. 1719508)
1050 Connecticut Avenue NW, S-1100
Washington, DC 20036
Tel: (202) 861-1522
Email: emccallum@bakerlaw.com
       ocadet@bakerlaw.com


*Attorneys for Plaintiffs*