IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE A, *et al.*, <br><br> Plaintiffs; <br><br> v. <br><br> CAROL SPAHN, in her official capacity as Director of the Peace Corps, <br><br> Defendant. | Civil Action No. 1:23-cv-02859 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint, it is hereby ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that this case is DISMISSED.

SO ORDERED.


Date: _____         _____
                                       HON. CARL J. NICHOLS
                                       United States District Judge