**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE A, *et. al.,* <br><br> *Plaintiffs* <br><br> v. <br><br> CAROL SPAHN, <br><br> *Defendant*. | Civil Action No. 1: 23-cv-02859 (CJN) |

**ORDER**

For the reasons stated in the Court's Memorandum Opinion, ECF 39, it is ORDERED that the Government's Motion to Dismiss Plaintiffs' First Amended Complaint, ECF 22, is GRANTED in part and DENIED in part.

DATE:  May 6, 2025

_____
CARL J. NICHOLS
United States District Judge